AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HAROLD ROBERSON,

    Plaintiff,

v.

CHATHAM COUNTY SHERIFF OFFICE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV425-049

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 30, 2025, Plaintiff's Complaint is dismissed for failing to obey a court order and failing to prosecute his case. This case stands closed.

_/s/ Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge

6/30/2025
Date

John E. Triplett, Clerk of Court
Clerk

_s/ Jaime S. Hanna_
(By) Deputy Clerk



GAS Rev 10/2020